# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Christine Jouppi,<br><br>        Plaintiff,<br><br>v.<br><br>EquityExperts.org Midwest, LLC,<br><br>        Defendant. | COURT MINUTES – CIVIL<br>BEFORE: BECKY R. THORSON<br>U.S. MAGISTRATE JUDGE<br><br>Case No:      19-571 ECT/BRT<br>Date:          March 27, 2019<br>Time Commenced: 3:15 pm<br>Time Concluded:  3:30pm<br>Time in Court:    15 Minutes |

Hearing on: **RULE 16 CONFERENCE**

**APPEARANCES:**

    Plaintiff:    John H. Goolsby

    Defendant:    Bradley R. Armstrong

**PROCEEDINGS:**

    X    In Person

**Other Remarks:**

    Discussion of pretrial deadlines and settlement. A Pretrial Scheduling Order will be issued.

                      *s/ Melissa S. Kruger*
                      Courtroom Deputy/Judicial Assistant