## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Christine Jouppi,<br><br>  Plaintiff,<br><br>v.<br><br>Equity Experts.org Midwest, LLC,<br><br>  Defendant. | COURT MINUTES – CIVIL<br>BEFORE: BECKY R. THORSON<br>U.S. MAGISTRATE JUDGE<br><br>Case No:  19-571 ECT/BRT<br>  19-2366 ECT/BRT<br>Date:  October 4, 2019<br>Courthouse:  Saint Paul<br>Time Commenced: 9:30 am<br>Time Concluded:  5:00 pm<br>Time in Court:  7 hours 30 minutes |

Hearing on: **SETTLEMENT CONFERENCE**

**APPEARANCES:**

  Plaintiff:   John H. Goolsby

  Defendant:   Bradley R. Armstrong

**PROCEEDINGS:**

  X   Confidential Settlement reached.

*s/ Melissa S. Kruger*
Courtroom Deputy/Judicial Assistant
