## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Christine Jouppi, | File No. 19-cv-571 (ECT/BRT) |
| | File No. 19-cv-2366 (ECT/BRT) |
| Plaintiff, | |
| v. | **ORDER** |
| EquityExperts.org Midwest, LLC, | |
| Defendant. | |

Pursuant to the Stipulation of Dismissal with Prejudice [ECF No. 18] entered into by Plaintiff and Defendant,

**IT IS ORDERED** that the above-captioned actions are hereby DISMISSED with prejudice in their entirety.  The Court retains jurisdiction to decide the amount of Plaintiff's reasonable attorney's fees and costs, which the Parties have stipulated will be paid by Defendant.  The Court, having reviewed the Parties' stipulation, orders the following briefing schedule:

1. **Plaintiff's Principal Memorandum.**  On or before January 24, 2020, Plaintiff may file a motion for attorney's fees and costs and supporting memorandum, affidavits, and exhibits.

2. **Defendant's Response Memorandum.**  On or before February 7, 2020, Defendant may file a memorandum in response to Plaintiff's motion.

3. **Plaintiff's Reply Memorandum.**  On or before February 14, 2020, Plaintiff may file a reply memorandum in support of her motion.

4.    Except insofar as this order is to the contrary, Plaintiff's motion for attorney's fees and the Parties' memoranda must comply with the Federal Rules of Civil Procedure and Local Rules of the District of Minnesota governing dispositive motions.

Date:  January 10, 2020                              s/ Eric C. Tostrud_____
                                                     Eric C. Tostrud
                                                     United States District Court